UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.7.203.5,<br><br>    Defendant. | Civil Case No. 0:18-cv-00773-JRT-DTS |

**[PROPOSED] ORDER ON PLAINTIFF'S FOURTH *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's fourth e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until February 15, 2019 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this _____ day of _____, 2018.

                                                        By:_____
                                                        The Honorable David T. Schultz
                                                        United States Magistrate Judge