**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.7.203.5,<br><br>    Defendant. | Civil Case No. 0:18-cv-00773-JRT-DTS |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 24.7.203.5, are voluntarily dismissed without prejudice.

Dated: January 29, 2019

Respectfully submitted,

**FOX ROTHSCHILD, LLP**

By: /s/ *Adam P. Gislason*
    Adam P. Gislason, Esq. (#0324176)
    agislason@foxrothschild.com
    Campbell Mithun Tower
    222 South Ninth Street Suite 2000
    Minneapolis MN 55402-3338
    Tel.: (612) 607-7000
    Fax: (612) 607-7100
    www.foxrothschild.com
    *Attorneys for Plaintiff*