# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.

JOHN DOE subscriber assigned IP address 24.7.203.5,

        Defendant.

Civil No: 18-773 (JRT/DTS)

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

_____

Adam Gislason, **FOX ROTHSCHILD LLP,** Campbell Mithun Tower - Suite 2000, 222 South Ninth Street, Minneapolis, MN 55402, for plaintiff.

Plaintiff filed a Notice of Voluntary Dismissal [Docket No. 30].

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that this action shall be **DISMISSED WITHOUT PREJUDICE**, each party bearing its own attorney fees, costs, and disbursements.

Dated:  February 1, 2019  
at Minneapolis, Minnesota         _____s/John R. Tunheim_____  
                                            JOHN R. TUNHEIM  
                                            Chief Judge  
                                          United States District Court